# EXHIBIT A

STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0006
(916) 319-2006
FAX (916) 319-2106

Assembly
California Legislature

MAGGY KRELL
ASSEMBLYMEMBER, SIXTH DISTRICT

August 17, 2026

FOIA Officer
Department of Homeland Security
245 Murray Lane SW
STOP-0655
Washington, D.C. 20528-0655
foia@hq.dhs.gov

Dear FOIA Officer:

On Friday August 14th, 2026, at approximately 9:15 a.m. federal agents attempted to enter a law firm located at 2414 Del Paso Road in Sacramento. According to reports, the agents did not present a search warrant or any other judicial authorization. When asked for judicial authorization by the building's occupants, the agents threatened to come back in the middle of the night and break windows.

The Justice Department Manual contains strict guidelines both for subpoenaing information from attorneys and searching attorney offices, requiring approval of the Deputy Assistant Attorney General before seeking a search warrant. These guidelines protect both 4th Amendment Rights of individuals and the attorney-client privilege.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, I request records concerning the Department of Homeland Security's attempted entrance into Morris Law Group, PC located at 2414 Del Paso Road in Sacramento on August 14th, 2026:

1. Please provide all records, communications training materials, and memoranda that provide guidance to DHS agents on conducting search operations involving law firms.
2. Please provide records, communications, training materials, and memoranda that provide guidance to DHS agents on handling personally identifiable information of individuals who are identified as crime victims, trafficking, or abuse survivors.
3. Please provide all records and correspondence, including emails, memoranda, directives, instructions, referrals, requests, and internal communications, sent by any national DHS office to a local DHS office concerning or directing a visit to, investigation of, or other enforcement-related activity at 2414 Del Paso Road, Sacramento, CA.

STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0006
(916) 319-2006
FAX (916) 319-2106

Assembly
California Legislature

MAGGY KRELL
ASSEMBLYMEMBER, SIXTH DISTRICT

4. Please provide the names and specific agencies of the agents involved in the August 14th operation at Morris Law Group and any records related to their specific training on search and seizure.
5. Please provide any DHS directives or training specific to noncitizen crime victims and survivors.
6. Please provide any guidance or authorization that was issued specifically to the agents who attempted a search at Morris Law Group, PC.
7. Please provide any emails, memoranda or other communication about the attempted entrance into Morris Law Group, PC after the incident.

Fee Waiver and Expedited Processing

I respectfully request a waiver of all fees, as this request is submitted in my official capacity as a public official, and the information sought is in the public interest. Additionally, I request expedited processing pursuant to 28 C.F.R. § 16.5(e), given the urgency of informing the public about actions that may have undermined freedom from unreasonable search and seizure and access to counsel for my constituents and their family members.

If clarification or narrowing of this request would facilitate faster processing, I am available to confer. I will accept records in electronic format on a rolling basis as they become available.

Respectfully,

Maggy Krell

Maggy Krell
Assemblymember, 6th District

CC: Assistant United States Attorney Brendon Hansen